DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHEL CHERFRERE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1141

[July 20, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Judge; L.T. Case No. 11-012613CF10A.

Michel Cherfrere, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***